**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2721 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 66 DB 2020 |
| | : | |
| v. | : | Attorney Registration No. 48799 |
| | : | |
| TODD HAROLD LAHR, | : | (Lehigh County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of May, 2020, upon consideration of the Verified Statement of Resignation, Todd Harold Lahr is disbarred on consent from the Bar of this Commonwealth, *see* Pa.R.D.E. 215, and he shall comply with the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).